| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MAHAN, James C. | U.S. District Court, Nevada | 07/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

333 Las Vegas Boulevard South
Suite 6085
Las Vegas,
Nevada 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 07/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 07/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 | | | | | | | | | |
| 2.  -- Aberdeen Funds | A | Dividend | J | T | Buy (add'l) | 08/29/17 | J | | |
| 3.  -- American Century Mutual Funds Growth Fund | A | Dividend | J | T | | | | | |
| 4.  -- American Europacific Growth Fund Fu Cl F2 | A | Dividend | J | T | Sold (part) | 11/30/17 | J | | |
| 5.  -- American Europacific Diversified BD FD Instl CL | A | Dividend | J | T | | | | | |
| 6.  -- AMG Funds III | A | Dividend | | | Sold | 01/02/17 | J | | |
| 7.  -- AQR FDS | A | Dividend | J | T | | | | | |
| 8.  --Blackrock Funds Global Long Short CR FD Instl | A | Dividend | J | T | Buy | 01/02/17 | J | | |
| 9.  -- Brookfield INVT Funds | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 10.  -- Deutsche Securities Tr | A | Dividend | J | T | | | | | |
| 11.  -- Eaton Vance Mutual FDS | A | Dividend | J | T | | | | | |
| 12.  -- Goldman Sachs Tr Final Square Treas Instrs FD Instl CL | A | Dividend | J | T | Sold (part) | 04/13/17 | J | | |
| 13.  -- Goldman Sachs Tr Final Square Treas Instrs FD Instl | A | Dividend | J | T | Sold (part) | 07/14/17 | J | | |
| 14.  -- Goldman Sachs Tr Final Square Treas Instrs FD Instl | A | Dividend | J | T | Buy (add'l) | 08/29/17 | J | | |
| 15.  -- Goldman Sachs Tr Final Square Treas Instrs FD Instl | A | Dividend | J | T | Buy (add'l) | 10/13/17 | J | | |
| 16.  -- Harbor FD | A | Dividend | | | Sold | 01/02/17 | J | | |
| 17.  -- Invesco Comstock Fund Class Y | A | Dividend | J | T | Buy (add'l) | 08/29/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Invesco Comstock Fund Class Y | A | Dividend | J | T | Sold (part) | 11/30/17 | J | | |
| 19. -- John Hancock Funds II | A | Dividend | J | T | Buy | 01/02/17 | J | | |
| 20. -- JP Morgan TR II Core BD FD Select CL | A | Dividend | J | T | | | | | |
| 21. -- JP Morgan Small Cap Equity Fund Class Select | A | Dividend | J | T | | | | | |
| 22. -- Metropolitan West FDS - Total Return BD FD CL I | A | Dividend | J | T | Buy (add'l) | 08/29/17 | J | | |
| 23. -- MFS Ser TR I Value FD CL | A | Dividend | | | Sold | 01/09/17 | J | | |
| 24. -- Newberger Berman Alternative FDS - Long Short Fund INSTL CL | A | Dividend | J | T | | | | | |
| 25. -- Nuveen Invt FDS Inc. Real Estate Secs Fund CL I | A | Dividend | J | T | Buy (add'l) | 08/29/17 | J | | |
| 26. -- Pimco FDS PAC INVT MGMT SER TOTAL RETURN FD INST CL PTTRX | A | Dividend | J | T | Sold (part) | 01/02/17 | J | | |
| 27. -- Principal FDS Inc | A | Dividend | J | T | | | | | |
| 28. -- T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Sold (part) | 08/29/17 | J | | |
| 29. -- T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Sold (part) | 11/30/17 | J | | |
| 30. JOINT TENANCY ACCOUNT | | | | | | | | | |
| 31. -- Abberdeen US Small Cap EQ Fund Instl Class | A | Dividend | J | T | Buy (add'l) | 08/29/17 | J | | |
| 32. -- American Century Mut Funds Growth Fund | A | Dividend | | | Sold | 01/02/17 | J | | |
| 33. -- American Europacific Growth Fund FU CL F2 | A | Dividend | J | T | | | | | |
| 34. -- AQR FDS Managed Futures Strategy FD CL I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- Blackrock Funds Global Long/Short CR FD Instl | A | Dividend | J | T | | | | | |
| 36.  -- Brookfield Invt Funds global Listed Real Estate FD CL Y | A | Dividend | J | T | Buy (add'l) | 08/29/17 | J | | |
| 37.  -- Deutsche Secs TR Enhanced Commodity | A | Dividend | J | T | | | | | |
| 38.  -- Eaton Vance Mutual FDS Trust Global Macro | A | Dividend | J | T | | | | | |
| 39.  -- Goldman Sachs TR Final Square | A | Dividend | J | T | | | | | |
| 40.  -- Invesco Comstock Fund | A | Dividend | K | T | Buy (add'l) | 08/29/17 | J | | |
| 41.  -- John Hancock FDS II Global Absolute Return | A | Dividend | J | T | | | | | |
| 42.  -- John Hancock Funds II Absolute Return Currency FD CL 1 | A | Dividend | J | T | | | | | |
| 43.  -- JP Morgan TR 1 Small Cap Equity Fund | A | Dividend | J | T | | | | | |
| 44.  -- JP Morgan TR II Core BD FD Select CL | A | Dividend | K | T | Buy (add'l) | 08/29/17 | J | | |
| 45.  -- Metropolitan West FDS Total Return BD FC CL 1 | A | Dividend | K | T | Buy (add'l) | 08/29/17 | J | | |
| 46.  -- Neuberger Berman Alternative FDS -- Long Short Fund Instl CL | A | Dividend | J | T | | | | | |
| 47.  -- Nuveen Invt FDS Inc Real Estate Secs Fund CL I | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 48.  -- Pimco FDS Pac Invt Mgmt Ser Diversified Income FD Instl CL | A | Dividend | J | T | | | | | |
| 49.  -- Pimco FDS Pac Invt MGMT Ser Emerging Mkts BD FD Instl CL | A | Dividend | J | T | | | | | |
| 50.  -- Principal FDS Inc High Yield FD Instl CL. | A | Dividend | J | T | Buy (add'l) | 08/29/17 | J | | |
| 51.  -- Principal FDS Inc Midcap Fund Instl Class | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Sold (part) | 08/29/17 | J | | |
| 53.  -- Wells Fargo Emerging Markets Equity Fund Class Inst | A | Dividend | J | T | | | | | |
| 54.  J & E Mahan Agency (Alpine) | E | Int./Div. | M | T | | | | | |
| 55.  Mahan Heirs Partnership | E | Int./Div. | M | T | | | | | |
| 56.  U.S. Bank | A | Int./Div. | L | T | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 07/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 07/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James C. MAHAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544